UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD PORTERFIELD,

    Plaintiff,

v.                                      Case No:   2:19-cv-621-FtM-60NPM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

**ORDER**

This matter is before the Court on the Unopposed Motion for Entry of Judgment With Remand, filed on March 20, 2020. (Doc. 19). The Commissioner of Social Security ("Commissioner") seeks remand for further proceedings. The Commissioner states that Plaintiff's counsel does not object to the relief requested. (Doc. 19 at 1).

Accordingly, it is hereby **ORDERED**:

1) The Unopposed Motion for Entry of Judgment With Remand (Doc. 19) is **GRANTED**.

2) The decision of the Commissioner is reversed and this case is remanded under sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings as follows:

The Commissioner believes that remand would be appropriate for further administrative proceedings. Specifically, the Administrative Law Judge (ALJ) should: 1) further consider the medical opinion evidence; (2) further evaluate Plaintiff's maximum residual functional capacity; (3) further evaluate whether Plaintiff can perform his past relevant work; and (4) if necessary, obtain supplemental evidence from a vocational expert to clarify the effects of the assessed limitations on the occupational base.

(Doc. 19 at 1).

3) If Plaintiff prevails in this case on remand, Plaintiff must comply with the Order (Doc. 1) entered on November 14, 2012, in Misc. Case No. 6:12-mc-124-Orl-22.

4) The Clerk of Court is directed to enter judgment accordingly, terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on March 24, 2020.

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties